PROB 12B
(7/93)

Report Date: May 30, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 04 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Kyle Scott Splattstoesser    Case Number: 2:05CR00194-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Sr. U.S. District Judge

Date of Original Sentence: 10/12/2006    Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,    Date Supervision Commenced: 09/18/2009
18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Prison - 36 months; TSR - 60    Date Supervision Expires: 09/17/2014
months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
directed by the supervising officer, but no more than six tests per month, in order to confirm continued
abstinence from this substance.

### CAUSE

On May 23, 2012, this officer met with the offender's chemical dependency counselor at Pioneer Human Services
(PHS).
The counselor confirmed from her assessment and work with the offender, that he should not drink since he is alcohol
dependent.

On May 23, 2012, this officer met with the offender and his sex offender therapist, Ed Averett. Kyle Splattstoesser
confirmed that he should not drink alcohol and agreed to sign the "Waiver of Hearing to Modify Conditions of
Supervised Release." He understands the rationale behind this added condition of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 30, 2012

s/Brenda J. Kuest
05/30/2012

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
**Re: Splattstoesser, Kyle Scott**
**May 30, 2012**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[ ✓ ]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

6/4/12
_____
Date