PROB 12C
(7/93)

Report Date: October 18, 2012

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Kyle Splattstoesser          Case Number: 2:05CR00194-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 10/12/2006

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | | |
| Original Sentence: | Prison - 36 Months;<br>TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie Lister | Date Supervision Commenced: | 9/18/2009 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | 9/17/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.<br><br>**Supporting Evidence**: On October 17, 2012, the undersigned officer was contacted by Special Agent Lee McEuen of the FBI. Agent McEuen advised that in May of 2011, the FBI executed a search warrant and seized a computer belonging to Kyle Splattstoesser. During the course of his search of Kyle Splattstoesser's computer, Agent McEuen advised he had found more than 400 images of adult pornography. Many of these images depicted adults engaged in bondage, as well as bestiality. This was just a sampling of the adult pornography located on the computer. Additionally, Special Agent McEuen identified at least 20 images of what he would define as child pornography, specifically six images of children that were identified as prepubescent. Based on conversations with the special agent and the U.S. Attorney's Office, it appears that charges will be forthcoming. |

Prob12C
Re: Splattstoesser, Kyle
October 18, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 18, 2012

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/18/2012
Date